IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CORNELIUS L. GREEN,

        Petitioner,        No. CIV S-07-0620 LKK DAD P

   vs.

DEUEL VOCATIONAL INSTITUTION PRISON,

        Respondent.        ORDER

      /

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In addition, the court will dismiss the habeas petition pending before the court and order petitioner to file an amended petition.  An application for writ of habeas corpus may challenge one judgment.  See Rule 2(e), Rules Governing Section 2254 Cases (a single petition may challenge the judgment of only one state court).  Here, petitioner indicates in his form petition that he is challenging a conviction and sentence, jail or prison conditions, parole decision(s), time credit determinations, and prison disciplinary conviction(s).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

2. Petitioner's habeas petition is dismissed; and

3. Petitioner is granted thirty days from the date of service of this order to file an amended petition that complies with the requirements of the Federal Rules of Civil Procedure; that any amended petition must bear the docket number assigned this case and must be labeled "Amended Petition;" the petitioner must use the form petition provided by the court; petitioner's failure to comply with this order will result in the dismissal of this action; and

4. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district and the form petition for a writ of habeas corpus for a state prisoner.

DATED: April 16, 2007.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:mp/4
gree0620.101a